**Bernice WITTMAACK and Chester Wittmaack, Plaintiffs/Appellants,**

v.

**Terry ARNOLD, Defendant/Respondent.**

No. 71840.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 9, 1998.

Application for Transfer Denied
March 24, 1998.

Ray A. Gerritzen, Gerritzen & Gerritzen, St. Louis, for appellant.

Thomas M. Pavelko, St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

This is an appeal from a judgment entered on a jury verdict for defendant in negligence case arising out of a rear-end automobile collision. There is sufficient evidence to support the jury verdict. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).